**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
NELSON ALEXANDER SANTOS,

                Plaintiff,                24 **CIVIL** 4830 (ER)(GS)

      -v-                    **JUDGMENT**

MICHELLE KING,
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated January 29, 2025, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

    January 29, 2025

                                                **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

                         **BY:**
                                                  **Deputy Clerk**